The People of the State of Colorado, Plaintiff-Appellee, v. Keith Alfonzo Roberts, Defendant-Appellant. No. 19CA1397
Court of Appeals of Colorado, Sixth Division
November 24, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Arapahoe County District Court No. 17CR1773 Honorable Darren
 L. Vahle, Judge.
 
 
 
 OPINION
 
 
 J.
 JONES, JUDGE.
 
 
 ORDER
 VACATED.
 
 
 Freyre
 and Tow, JJ, concur.
 
 
 1